# United States Court of Appeals
### For the Eighth Circuit
_____

No. 18-3063
_____

Gary Hamell, also known as Gary Hamell-El,

*Plaintiff - Appellant*,

v.

C. V. Rivera, Warden,

*Defendant - Appellee*.
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: August 23, 2019
Filed: August 28, 2019
[Unpublished]
_____

Before COLLOTON, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Federal inmate Gary Hamell-El appeals the district court's[1] order denying his 28 U.S.C. § 2241 petition challenging his sentence computation by the Bureau of Prisons (BOP). Following de novo review, we find no error in the application of the primary jurisdiction doctrine, and conclude that the BOP permissibly denied Hamell-El credit prior to the commencement of his federal sentence. *See Elwell v. Fisher*, 716 F.3d 477, 481-87 (8th Cir. 2013). The judgment is affirmed. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the recommended disposition of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.